■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. MARTIN WHITMORE, Appellant, v RAUL RUSSI, as Chairman of New York State Division of Parole, et al., Respondents. [632 NYS2d 1014] —Judgment unanimously affirmed without costs for reasons stated in decision at Supreme Court, Dadd, J. (Appeal from Judgment of Supreme Court, Wyoming County, Dadd, J.—Habeas Corpus.) Present—Pine, J. P., Fallon, Wesley, Doerr and Davis, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL J. LEWIS, Appellant. [632 NYS2d 1014] —Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from Judgment of Ontario County Court, Harvey, J.—Conspiracy, 4th Degree.) Present—Pine, J. P., Fallon, Wesley, Doerr and Davis, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL LONOBILE, Appellant. [632 NYS2d 1013] —Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from Judgment of Monroe County Court, Bristol, J.—Sodomy, 1st Degree.) Present—Pine, J. P., Fallon, Wesley, Doerr and Davis, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LARRY MARTIN, Appellant. [632 NYS2d 1013] —Judgment unanimously affirmed *(see, People v Collins,* 203 AD2d 888, *lv denied* 84 NY2d 934, 85 NY2d 861). (Appeal from Judgment of Monroe County Court, Marks, J.—Assault, 2nd Degree.) Present—Pine, J. P., Fallon, Wesley, Doerr and Davis, JJ.